UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Receipt #286821
VIA MAIL ML

IN RE:                                  CASE NO.  08-13395-BKC-RAM
LETZY REYES

AUG -2 2010

CHAPTER 13                       BANKRUPTCY CT.
                                 SO. DIST. OF FLA.
NOTICE OF DEPOSIT OF FUNDS WITH THE   MIAMI - OFFICE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    3.87   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 3 0 2010

                                    NANCY N. HERKERT
                                    CHAPTER 13 TRUSTEE

Copies to:
   LETZY REYES
   325 NW 72 AVE #302
   MIAMI, FL 33126

   PATRICK L. CORDERO, ESQUIRE
   198 NW 37 AVENUE
   MIAMI, FL 33125

   NELLIE MAE/FNBC
   ACS
   POB 22724
   LONG BEACH, CA 90801-5724

   U.S. Trustee
   51 S. W. 1st Avenue
   Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.   08-13395-BKC-RAM
LETZY REYES

CHAPTER 13

LETZY REYES

325 NW 72 AVE #302
MIAMI, FL 33126


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


NELLIE MAE/FNBC                   ---------$          3.87
ACS                               *returned from creditor*
POB 22724                                *CR # 13*
LONG BEACH, CA 90801-5724

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130